■ In the Matter of SOUTH SLOPE HOLDING CORP. et al., Respondents, v BOARD OF ASSESSMENT REVIEW OF TOWN OF JERUSALEM et al., Appellants. (Appeal No. 2.) [680 NYS2d 882] —Upon remittitur from the Court of Appeals, order and judgment unanimously reversed on the law without costs and mat-

ter remitted to Supreme Court for further proceedings in accordance with the same Memorandum as in *Matter of South Slope Holding Corp. v Board of Assessment Review* (254 AD2d 684 [decided herewith]). (Appeal from Order and Judgment of Supreme Court, Yates County, Bender, J.—Tax Certiorari.) Present—Pine, J. P., Lawton, Wisner and Callahan, JJ.